# IN THE US FEDERAL COURT

Gen. Session Court
Docket # 303238

## AFFIDAVIT OF FACT
## WRIT OF DISCOVERY
## APPEAL / COMPLAINT

Notice to the Agent is Notice to the Principal - Notice to the Principal is Notice to the Agent

RECEIVED in Clerk's Office JAN 22 2019 U.S. District Court Middle District of TN

From:
Kenneth Bey
Authorized Representative
Natural Person, In Proper Persona (Sui Juris)
Ex Relation KENNETH LAMONT GALLOWAY (All Rights Reserved)
Not a Corporate Person or Entity, Misrepresented by Fraudulent Construct of ALL CAPITAL LETTERS
P.O. Box 23148 Chatt. Tn. [37422] Non-Domestic

To:
United States Federal Court
Chief Justice Waverly D. Crenshaw Jr.
Office of Clerk
Estes Kefauver Federal Bldg. Court House
801 Broadway Room # 800 Nashville, Tn. [37203] Non-Domestic

State of Tennessee

Respondents

1. *Corporate Ofc. Jeffery Miller [JEFFERY MILLER] 601 Walnut St. [37402]
2. *Corporate Hamilton County Jail 601 Walnut St. [37402]
3. *Corporate Judge Don Poole [DON POOLE] 600 Market St. [37402]
4. *Corporate D.A. Kate Lavery [KATE LAVERY] 600 Market St. [37402]
5. *Corporate CCA Detention Facility 709 Standifer Gap Rd. Chatt. Tn. [37421]

In support of this Affidavit I submit the following:

On May 30 2017, I was charged with DUI and arrested and taken to Hamilton County Jail by Ofc. Jeffery Miller of the Chattanooga Police Department. Where Ofc. Jeffery Miller and the Hamilton County Jailers, along with the nursing staff proceeded to extract Blood from me without my consent, under threat of Bodily Harm.

When Court proceedings started, I served the Courts with a Counter Claim in the form of an Affidavit. It was never answered. The courts Defaulted. I challenged the courts Jurisdiction through Certified Mailings and in open court, it was totally ignored. This went on for 18 months.

Judge Don Poole and District Attorney Kate Lavery Set a Trial date for Dec 4, 2018. I did not participate in this trial. On Dec 3 2018, I went to the U.S. District Court Eastern Division and I filed a seperate Averment of Jurisdiction along with a Waiver of Tort. When I entered the courtroom on Dec 4. I informed Judge Poole that I had made the filings with the U.S. District Court, not knowing at the time that his son worked in that building. Chris Poole.

I gave him the Docket #s where they could be found. He made a call to somebody in U.S. District Court and my filings were denied. (SEE LETTER) I recieved that letter two (2) days later.

On the 13th of Dec, I was sentenced to 4 months at 75%. On the 13th of Dec, I filed a Habeas Corpus Docket # 1:18-CV-304, it has been blocked as well.

But, Judge Don Poole and District Attorney Kate Lavery did not know that I have already made my Judicial Notice and Proclamation (Averment of Jurisdiction) Public Record back in 2016. Docket # 1:18-MC-00027 in U.S. District Court Eastern Division.

Let me say that I truly understand the danger in drinking and driving and I can promise this Court that it will never happen again.

And I am sincerely and extremely glad that no one was injured on that night. And once I was arrested and made to spend the night in Jail, any immediate threat to the public was ended. I owed no other duty to the public.

Judge Don Poole and Kate Lavery, D.A. has violated their Oath of Office and Oath of Ethics. And Judge Don Poole has knowingly and intentionally Deprived me of my Right to Due Process and should be made accountable for his actions.

He has sentenced me to this long sentence for a first offense DUI. While here at CCA Detention facility they have had a Hepatitus A outbreak and everybody in the Delta Units are having to take a series of shots. I have to have another shot in June.

I am living under the threat of gang violents and all kinds of deplorable conditions. And the mother of my son is struggling with financial difficulties try to keep the Bills paid. I am experincing a very high level of mental stress.

## FACT

1. FREE MOORISH-AMERICAN ZODIAC CONSTITUTION: (Zodiac Constitution and Birthrights of the Moorish Americans) being Ali, Bey, El, Dey and Al), Article two (2), Paragraph two (2).

2. United STATES REPUBLIC: DEPARTMENT OF JUSTICE: Moorish American Credentials: AA222141-TRUTH A-1

3. UNITED STATES SUPREME COURT: SUPREME LAW-ACTS OF STATE

4. UNITED STATES CONSTITUTION: Article III (3), section two (2). Amendment V(5) (Liberty Clause) and Amendment IX (9) (Reservation of the Rights of the People).

5. RESOLUTION NUMBER SEVENTY-FIVE: (75): Dated April 17, 1933 A.D. (MOORISH AMERICAN SOCIETY OF PHILADELPHIA) AND

THE USE OF THEIR NAMES?

6. UNIVERSAL DECLARATION OF HUMAN RIGHTS- UNITED NATIONS- HUMAN RIGHTS (ARTICLE FIFTEEN (15).

7. RIGHTS OF INDIGENOUS PEOPLE- UNITED NATIONS- GENERAL ASSEMBLY- Part 1, Article 4.

Furthermore, I Assert My full Birthrights- Sovereignty and Substantive Rights and claim to Hereditaments- Being a Sundry Free Moor/Muur and a (Natural Being) pursuant to Moabite/Moorish Pedigree; The Free Moorish Zodiac Constitution; The Great Seal of the Moorish Nation (Ab Antiquo); The Treaty of Peace and Friendship- 1787/1836; The Sundry Free Moors Act of 1790; The 1781 Organic United States Constitution; The Moorish Federal Financiers Act (Union States Army; 1861-1863); The 1854 Roman Catholic Magna Charta; the Knights of Columbus Code; The Ku Klux Klan Oath; The United Nations Charter, Article 55(C); The Rights of Indigenous People: Part 1, Articles 1, 2, 3, 4, 5; Part II, Article 6; The United States Supreme Court- 'Act of State'; The Foreign Sovereign Immunities Act 28 USC 1601; et Sequa; The Convention on International Road Traffic- Day 19, September 1949; The World Court Decision, The Hague, Netherlands- Day 21, January 1958 A.D.=1378 M.C. In reference to the Rights of the Natural People and Substantive Rights, etc., the following are pertinent Supreme Court Decisions. (Stare Decisis) to wit:

1. The Right to Travel; The Right to Mode of Conveyance; The Right to Locomotion are all Absolute Rights, and the Police can not make void the exercise of Rights. State v. Armstead, 60 S. 778, 779, and 781.

2. The use of the highways for the purpose of travel and transportation is not a mere privilege, but a common and fundamental Right of which the public and Natural Beings cannot be deprived. Chicago Motor Coach v. Chicago 337 Illinois 200, 169 NE 22 ALR, Ligare v. Chicago 139 ILL. 46, 28 NE 934, Boone v. Clark 214 SW

3. The Right to Park or Travel is part of the Liberty of which the Natural Person, citizen cannot be deprived without "due process of law" under the 5th Amendment of the United States Constitution <u>Kent v. Dulles 357 US 116, 125</u>:

4. The Right of a citizen to Travel upon the public highways and to transport one's property thereon, either by carriage or automobile, is not a mere privilege, which a City may prohibit or permit at will, but a common Right, which he/she has under the Right to Life, Liberty, and the Pursuit of Happiness. <u>Thompson v. Smith 154 SE 579</u>:

5. State Police Powers extends only to immediate threats to public saftey, health, welfare, etc., <u>Michigan v. Duke 266 US, 476 L.ed. At 449</u>: which driving and speeding are not. <u>California v. Farley Ced. RPT. 89, 20 CA3rd 1032 (1971)</u>:

6. The State is prohibited from violating Substantive Rights. <u>Owens v. City, 445 US 662 (1980)</u>; and it can not do by one power (eg. Police Power) that which is, for example, prohibited expressly to any other such power (eg. Taxation/Eminent Domain) as a matter of Law. <u>US and UT v. Daniels, 22p 159</u>, nor indirectly that which is prohibited to it directly. <u>Fairbanks v. US 181, US 283, 294, 300</u>:

7. Traveling in an automobile on the public roads was not a threat to the public saftey or health and constituted no hazard to the public, and such a traveler owed no other duty to the public (eg. the State), he/she and his/her auto, having equal right to and on the roadways/highways as horses and wagons, etc.; this same right is still Substantive Rule, in that speeding, running stop signs, traveling without license plates, or registration, are not threats to the public safety, and thus are not arrestable offenses. <u>Christy v. Elliot, 216 I 131, 74 HE 1035, LRA NS 1905</u>; <u>California v. Farley 98 CED Rpt. 89, 20 CA 3d 1032 (1971)</u>.

8. Under the United States Republics Constitution system of Government and upon the individuality and intelligence of the citizen, the State does not claim to control one's conduct to others, leaving one the sole judge as to all that affects oneself. Mugler v. Kansas 1213 US 623, 659-60.

9. Where Rights secured by the Constitution are involved, there can be no rule-making or legislation, which would abrogate them. Miranda v. Arizona 384 US 436, 125.

10. The claim and exercise of Constitution Rights cannot be converted into a crime. Miller v. Kansas 230 F 2nd 486, 489.

11. For a crime to exist, there must be an injured party (Corpus Delicti). There can be no sanctions or penalty imposed on one because of this Constitutional Right. Sherer v. Cullen 481 F. 945.

12. If any Tribunal (court) finds absence of proof of jurisdiction over a person and subject matter, the case must be dismissed. Louisville v. Motley 211 US 149, 29 S. CT 42. "The Accuser Bears the Burden of Proof Beyond a Reasonable Doubt."

13. Lack of Federal Jurisdiction can not be waived or overcome by agreement of parties." Griffin v. Matthews, 310 F Supra 341, 342 (1969)." and Want of Jurisdiction may not be cured by consent of parties." Industrial Addition Association v. C.I.R., 323 US 310, 313.

Whereas, In light of the foregoing Jurisprudence 'Stare Decisis' Supreme Court Decisions, Facts, and Law; and counter to the negative and 'colorable' social conditions instituted by State Persons of the Union States Society, there exists a blatant "WANT OF JURISDICTION" on the part of the Union State Rights Republic (USA), its agents, personnel, contractors, and assigns. Axioms are legally in force under National and International Law attending these issues.

And this Affiant (Natural Person - In Propria Persona) does not waive any rights; does not transfer power of attorney; and does not willingly consent to any public trial or hearing in any 'colorable' tribunal venue or non-Article III, unconstitutional jurisdiction. The Official Oaths, the Obligations, and the fiduciary duties of all accusers, and bound 'claimants' to National Law and Order; Civilization Principles fixed in Constitution Law, still stand! Definition and Truth still Rules. NON-COMPLIANCE is a Federal and International Law offense.

That the Organic United States Republic Constitution (derived from Ancient Moabite (Moorish Law) remains 'The Supreme Law of the Land." And all Treaties made, or which shall be made, under the Authority of The United States Flag of Peace, pursuant to United States Code, Title 4, Chapter 1. Any Law that is Repugnant to the Constitution, shall remain forever 'colorable' and is <u>Null and Void. Marbury v. Madison 5 U.S. 137, 174, 176 (1803)</u>. Any Municipal Officer, Person, Personnel, Employee or Contractor who violate the Rights of the People or Citizens are subject to suit in their personal and/or official compacity to wit:

## RELIEF SOUGHT

Enforce the following: The By-Laws of The Moorish Science Temple. View this Affiant as a real, live flesh and blood, breathing, non-fictional, and Natural Being. Not a Corporate Person or Entity. And ORDER MY IMMEDIATE RELEASE FROM THIS DETENTION CENTER.

1. * Corporate Ofc. Jeffery Miller [JEFFERY MILLER] is being sued for $250,000 for Punitive Damages and $250,000 for Compensatory Damages, in his private compacity. To be paid in Lawful money. (USD)

2. * Corporate Hamilton Count Jail, is being sued for $250,000 for Punitive Damages and $250,000 and $250,000 for Compensatory Damages in its official compacity. To be paid in Lawful money. (USD)

3. * Corporate Judge Don Poole [DON POOLE] is being sued for $250,000 for Punitive Damages and $250,000 for Compensatory Damages in his private compacity. To be paid in lawful money. (USD)

4. * Corporate D.A. Kate Lavery [KATE LAVERY] is being sued for $250,000 for Punitive Damages and $250,000 for Compensatory Damages in her private compacity. To be paid in lawful money. (USD)

5. * Corporate CCA Detention Facility is being sued for $250,000 for Punitive Damages and $250,000 for Compensatory Damages in its official compacity. To be paid in lawful money. (USD)

I, Kenneth Bey, A real, live flesh and blood, breathing, non fictional, and natural being, born of a natural Mother, do solemly, and sincerly and squarely Affirm that the foregoing facts contained in this action are true to the best of my knowledge, Culture, Customs and being actual, correct, not misleading, etc; and being the Truth, the whole Truth, and nothing but the Truth.

Hibu (Love), Haqq (Truth), Salaam (Peace), Hurryatun (Freedom), Adl (Justice)

Notary [signature]
Notary: June 8, 2020
Notary Exp: January 16, 2019
Date

[Notary Seal: FLOYD L. DAVIS JR., STATE OF TENNESSEE NOTARY PUBLIC, HAMILTON COUNTY]

I AM Kenneth Bey
Natural Person, In Propria Persona
Not a Corporate Person or Entity
(Nor Prose)
Non-Domestic

# Affidavit of Financial Statement
## (Exercise of Constitution-Secured Rights)

Kenneth Bey
Authorized Representative
Natural Person, In Proper Persona (Sui Juris)
Ex Relation KENNETH LAMONT GALLOWAY (All Rights Reserved)
Not a Corporate Person or Entity, Misrepresented by Fraudulent
Construct of ALL CAPITAL LETTERS
P.O. Box 23148
Chatt. Tn. [37422]
Non-Domestic

TO:
United States Federal Court
Chief Justice
Waverly D. Crenshaw Jr.
Office of Clerk
Estes Kefauver Federal Bldg. Court House
801 Broadway Room # 800
Nashville, Tn. 37203

Notice of Judges and Officials Oath-Bound Obligations and Fiduciary Duties

Article VI
"All depts contracted and engagements entered into, before the adoption of this Constitution, shall be a valid against the United States under this Constitution, as under the Confederation. This Constitution, and the laws of the United States which shall be made in pursuance thereof; and all treaties made or which shall be made, under the authority of the United States, shall be the supreme law of the land; and the judges in every state shall be bound thereby, anything in the Constitution or laws of any State to the contrary notwithstanding; The Senators and Representatives, before mentioned, and the Members of the several states Legislatures, and all executive and judicial officers, both of the United States

1.

and of the several states, shall be bound by oath or affirmation, to support this Constitution: but no religious test shall ever be required as a qualification to any office or public trust under the United States."

Article 1, Section X

"All debts shall be payable in gold or silver coin"

Amendment V

"No Person shall be deprived of due process of law"

I Affirm, for the Record, that I do not have, or possess, any gold or silver coins, as prescribed by the United States Constitution Law, which is the lawful money to pay the restricting demands, conditionally commanded by Employees and Contractors of the Court. The said restrictions (unconstitutional) are arbitrarily (hindering Due Process) and imposed for processing these Documents, as stipulated in the United States Constitution noted above.

Therefore, I submit this Writ "In Forma Pauperis", being an enjoyment and exercise of my unconditional and Constitutionally Secured Rights (and not feudal-fee-burdened privilege) to timely and speedily enforce Due Process of Law, as noted above.

I Respectfully, with 'Good Faith' and with Honor, by right to unhindered Due-Process, submit this 'Affidavit of Financial Statement' and Evidence.

Thank You
I Am: Kenneth Bay
Authorized Representative
Natural Person, Propria Persona
UCC 1-207/1-308; UCC 1-103
P.O. Box 23148, Chatt, Tn. [37422]

2.

The Courts never responded to my Affidavit. The rules should apply to them as well. And I never file anything in Prose). Always Propria Persona.

My change of address was made public record back in 2016. Docket # 1:18-MC-0027

And I served the Court with one mark exhibit. Again, never answered.

I'm not practicing Law, I'm enforcing a Policy thats been here.

And had I notified the courts of the one made public record. His Son, Chris Poole or whoever his contact is, would have pulled it out of the system.

Time and Dates, does not change who I am. Or my status.

Kenneth Lamont Galloway (Bey) 52407
P.O. BOX 23148
Chattanooga Tn. 37422



SILVERDALE DETENTION FACILITY
NOT RESPONSIBLE FOR CONTENTS

RECEIVED
in Clerk's Office
JAN 22 2019
U.S. District Court
Middle District of TN

United States Federal Court
Chief Justice
Waverly D. Crenshaw Jr.
Office of Clerk
Estes Kefauver Federal Bldg. Court House
801 Broadway Room #800
Nashville, Tn. ~~~~~ [37203]

